IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JEROME L. ROGERS,<br>　　　　　　　　　　　　Petitioner,<br>　v.<br>COMMONWEALTH OF PENNSYLVANIA, et al.,<br>　　　　　　　　　　　　Respondents. | :<br>: CIVIL ACTION<br>:<br>: NO. 17-0761<br>:<br>:<br>: |

## ORDER

**AND NOW**, this   3rd   day of March, 2017, upon consideration of the Petition for Writ of Habeas Corpus,

**IT IS ORDERED** that the District Attorney for the County of Philadelphia is added as a Respondent in this action.

**IT IS ALSO ORDERED** that the District Attorney for the County of Philadelphia shall file a Response to the Petition **AND A BRIEF OR MEMORANDUM IN SUPPORT THEREOF AND ATTACH COPIES OF THE PERTINENT RECORDS, STATE COURT ORDERS, MEMORANDA, AND DECISIONS THERETO** within forty-five (45) days from the date of this Order.

As required by 18 U.S.C. section 3771(b)(2), the Commonwealth is **FURTHER ORDERED** to ensure that in a federal habeas corpus proceeding arising out of a state conviction, any crime victims are afforded their rights under the Crimes Victims Act, as amended July 27, 2006.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　 /s/ Henry S. Perkin
　　　　　　　　　　　　　　　　　　　　HENRY S. PERKIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE