# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME L. ROGERS, | : |
| | : CIVIL ACTION |
| Petitioner, | : |
| | : |
| v. | : |
| | : NO. 17-00761 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 14th day of May, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. No. 1) and the response thereto (Doc. No. 21), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Henry S. Perkin (Doc. No. 24), **IT IS ORDERED** that:

1. The Report & Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.